AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McDermott, John E. | District Court - Los Angeles | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge(FT) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
831 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Deloitte retirement annuity and return of previously untaxed capital (deferred income) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo,various accounts | B | Interest | M | T | | | | | |
| 2. | Bank of America, various accounts | A | Interest | K | T | | | | | |
| 3. | JP Morgan Chase, account | A | Interest | J | T | | | | | |
| 4. | California Bank,account | C | Interest | N | T | | | | | |
| 5. | Bank of the West, accounts | A | Interest | N | T | | | | | |
| 6. | Deloitte, capital account | | None | O | T | | | | | |
| 7. | Next Gen College Inv. Plan(Maine 529 Savings Plan,cash acc | C | Interest | M | T | | | | | |
| 8. | Prudential Insurance, whole life | | None | J | T | | | | | |
| 9. | Symetra Inv Services 403b, cash account | C | Interest | M | T | | | | | |
| 10. | Western National Life Insurance company, IRA | A | Interest | K | T | | | | | |
| 11. | | | | | | | | | | |
| 12. | Note Receivable from ▨ | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | | |
| 14. | Mutual Funds | | | | | | | | | |
| 15. | Goldman Sachs Fin Sq MMF ▨ | A | Interest | | | Buy (add'l) | 01/03/12 | J | | |
| 16. | | | | | | Buy (add'l) | 01/04/12 | J | | |
| 17. | | | | | | Buy (add'l) | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 20

Name of Person Reporting

McDermott, John E.

Date of Report

05/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 01/11/12 | J | | |
| 19. | | | | | Sold (part) | 01/12/12 | O | | |
| 20. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 21. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 22. | | | | | Buy (add'l) | 01/20/12 | J | | |
| 23. | | | | | Buy (add'l) | 01/25/12 | J | | |
| 24. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 25. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 26. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 27. | | | | | Sold (part) | 02/06/12 | J | | |
| 28. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 29. | | | | | Buy (add'l) | 03/01/12 | J | | |
| 30. | | | | | Buy (add'l) | 03/02/12 | J | | |
| 31. | | | | | Buy (add'l) | 03/06/12 | M | | |
| 32. | | | | | Sold | 03/07/12 | M | | |
| 33. | | | | | | | | | |
| 34. AFLAC Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT&T Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 36. Abbott Laboratories Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 37. Altera Corp com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 38. American Elec Pwr Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 39. American Tower Corp Cl A | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 40. Apache Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 41. Apple Inc Com | A | Int./Div. | | | Sold | 01/24/12 | K | | |
| 42. Baker Hughes Inc com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 43. Biogen IDEC Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 44. CVS Caremark Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 45. Carnival Corporation | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 46. Celgene Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 47. Cisco Sys Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 48. Cliffs Natural Resources Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 49. Coach Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 50. Cognizant Tech Solutions Crp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 51. Comcast Corp Cl A | A | Int./Div. | | | Sold | 01/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Crown Castle Towers LLC Sr Sec Nt | B | Interest | | | Sold (part) | 02/13/12 | L | | |
| 53. | | | | | Sold | 02/13/12 | L | | |
| 54. Danaher Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 55. Diamond Offshore Drilling Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 56. Directv Com Cl A | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 57. Du Pont E I De Nemours & Co Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 58. EMC Corp Mass Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 59. Emerson Elec Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 60. Express Scripts Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 61. Exxon Mobil Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 62. Federal Natl Mtg Assn Gtd Passthru CTF Pool | C | Interest | | | Sold (part) | 02/13/12 | M | | |
| 63. | | | | | Sold (part) | 02/13/12 | M | | |
| 64. | | | | | Sold | 03/01/12 | L | | |
| 65. F5 Networks Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 66. Fifth Third Bacorp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 67. Flowserve Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 68. Federated Instl High Yield Bond Fund | D | Interest | | | Sold (part) | 02/13/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 02/23/12 | M | | |
| 70. Forward Frontier Strategy Fund | A | Int./Div. | | | Sold | 02/13/12 | J | | |
| 71. Forward Strategic Alternatives Fund Instl | A | Int./Div. | | | Sold (part) | 02/13/12 | K | | |
| 72. | | | | | Sold | 02/23/12 | K | | |
| 73. Forward Extended Market Plus Fund | A | Int./Div. | | | Sold (part) | 02/13/12 | K | | |
| 74. | | | | | Sold | 02/23/12 | K | | |
| 75. General Electric Co Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 76. General Electric Cap Corp Glbl Sb | A | Interest | | | Sold (part) | 02/13/12 | L | | |
| 77. | | | | | Sold | 02/27/12 | K | | |
| 78. General Mills Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 79. Gilead Sciences Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 80. Google Inc Cl A | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 81. Hartford Floating Rate Fund | C | Int./Div. | | | Sold | 03/06/12 | M | | |
| 82. Intel Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 83. Intercontinentalexchange Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 84. Invesco LTD | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 85. JP Morgan Chase & CoSr Nt | A | Interest | | | Sold (part) | 02/13/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 02/13/12 | L | | |
| 87. JP Morgan Emerging Markets Equity Fund | C | Int./Div. | | | Sold (part) | 02/13/12 | K | | |
| 88. | | | | | Sold | 02/23/12 | K | | |
| 89. Johnson Ctls Inc Com | B | Int./Div. | | | Sold | 01/24/12 | J | | |
| 90. Johnson Controls Inc Sr Nt | A | Int./Div. | | | Sold | 02/13/12 | L | | |
| 91. Mfs Institutional Equity Fd | A | Int./Div. | | | Sold (part) | 02/13/12 | K | | |
| 92. | | | | | Sold | 03/13/12 | K | | |
| 93. Mfs Intl New Discovery Fund | A | Int./Div. | | | Sold (part) | 02/13/12 | K | | |
| 94. | | | | | Sold | 02/23/12 | J | | |
| 95. Mastercard Inc Cl A | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 96. McKesson Corp Com | A | Int./Div. | | | Sold (part) | 01/24/12 | J | | |
| 97. | | | | | Sold | 01/25/12 | | | |
| 98. Medtronic Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 99. Murphy Oil Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 100. Mylan Labs Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 101. National Oilwell Varco Inc | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 102. Nextera Energy Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nordstrom Inc Sr nt | A | Int./Div. | | | Sold | 02/13/12 | L | | |
| 104. Norfolk Southn Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 105. Occidental Pete Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 106. Oracle Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 107. Pall Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 108. Pepsico Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 109. Philip Morris Intl Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 110. Pimco Emerging Local Bond Fund | B | Interest | | | Sold (part) | 02/13/12 | M | | |
| 111. | | | | | Sold | 02/23/12 | L | | |
| 112. Precision Cast Parts Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 113. Procter & Gamble Co Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 114. Prudential Finl Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 115. Smucker J M Co Sr Nt | A | Interest | | | Sold | 02/13/12 | L | | |
| 116. Suntrust Bks Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 117. Target Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 118. United Technologies Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 119. Wal Mart Stores Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Waters Corp Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 121. Wellpoint Inc Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 122. Wells Fargo & Co New Com | A | Int./Div. | | | Sold | 01/24/12 | J | | |
| 123. | | | | | | | | | |
| 124. MFB Northern Funds Bd Index FD | E | Int./Div. | O | T | Buy | 01/13/12 | M | | |
| 125. | | | | | Buy (add'l) | 01/13/12 | M | | |
| 126. | | | | | Buy (add'l) | 02/22/12 | M | | |
| 127. | | | | | Buy (add'l) | 02/22/12 | M | | |
| 128. | | | | | Buy (add'l) | 02/27/12 | L | | |
| 129. | | | | | Buy (add'l) | 02/27/12 | K | | |
| 130. | | | | | Sold (part) | 03/12/12 | K | | |
| 131. | | | | | Sold (part) | 03/12/12 | K | | |
| 132. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 133. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 134. MFB Northern Fds Global Real Estate Index Fd | C | Int./Div. | M | T | Buy | 01/13/12 | K | | |
| 135. | | | | | Buy (add'l) | 01/13/12 | K | | |
| 136. | | | | | Buy (add'l) | 02/22/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 02/22/12 | K | | |
| 138. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 139. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 140. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 141. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 142. MFB Northern Funds Small Cap Index Fd | B | Int./Div. | M | T | Buy | 01/13/12 | K | | |
| 143. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 144. | | | | | Buy (add'l) | 02/22/12 | K | | |
| 145. | | | | | Buy (add'l) | 02/27/12 | K | | |
| 146. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 147. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 148. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 149. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 150. MFB Northern Fds Stk Index Fd | E | Int./Div. | O | T | Buy | 01/13/12 | M | | |
| 151. | | | | | Buy (add'l) | 01/13/12 | M | | |
| 152. | | | | | Buy (add'l) | 01/24/12 | L | | |
| 153. | | | | | Buy (add'l) | 01/24/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 01/30/12 | L | | |
| 155. | | | | | Buy (add'l) | 01/30/12 | M | | |
| 156. | | | | | Buy (add'l) | 02/22/12 | L | | |
| 157. | | | | | Buy (add'l) | 02/22/12 | L | | |
| 158. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 159. | | | | | Buy (add'l) | 02/27/12 | K | | |
| 160. | | | | | Buy (add'l) | 03/12/12 | L | | |
| 161. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 162. | | | | | Sold (part) | 03/20/12 | K | | |
| 163. | | | | | Sold (part) | 03/20/12 | K | | |
| 164. MFB Northern Funds Emerging Mkts Eqty Index Fd | D | Int./Div. | N | T | Buy | 01/13/12 | L | | |
| 165. | | | | | Buy (add'l) | 01/13/12 | K | | |
| 166. | | | | | Buy (add'l) | 02/22/12 | L | | |
| 167. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 168. | | | | | Buy (add'l) | 01/27/12 | L | | |
| 169. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 170. | | | | | Buy (add'l) | 03/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 172. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 173. MFB Northern Hi Yield Fxd Inc Fd | E | Int./Div. | O | T | Buy | 01/13/12 | M | | |
| 174. | | | | | Buy (add'l) | 01/13/12 | L | | |
| 175. | | | | | Buy (add'l) | 02/22/12 | M | | |
| 176. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 177. | | | | | Buy (add'l) | 02/27/12 | M | | |
| 178. | | | | | Sold (part) | 03/12/12 | J | | |
| 179. | | | | | Sold (part) | 03/12/12 | J | | |
| 180. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 181. | | | | | Buy (add'l) | 03/20/12 | K | | |
| 182. MFB Northern Intl Eqty Index Fd | D | Int./Div. | N | T | Buy | 01/13/12 | L | | |
| 183. | | | | | Buy (add'l) | 01/13/12 | L | | |
| 184. | | | | | Buy (add'l) | 01/30/12 | K | | |
| 185. | | | | | Buy (add'l) | 02/22/12 | L | | |
| 186. | | | | | Buy (add'l) | 01/27/12 | L | | |
| 187. | | | | | Sold (part) | 03/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 03/12/12 | J | | |
| 189. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 190. MFB Northern Mid Cap Index fd | B | Int./Div. | M | T | Buy | 01/13/12 | K | | |
| 191. | | | | | Buy (add'l) | 01/13/12 | K | | |
| 192. | | | | | Buy (add'l) | 02/22/12 | K | | |
| 193. | | | | | Buy (add'l) | 02/27/12 | K | | |
| 194. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 195. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 196. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 197. MFB Flexshares Tr Iboxx 5 Yr Target Duration Tips Index Fd | B | Int./Div. | K | T | Buy | 01/13/12 | J | | |
| 198. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 199. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 200. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 201. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 202. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 203. | | | | | Sold (part) | 03/12/12 | J | | |
| 204. | | | | | Sold (part) | 03/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 206. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 207. MFB Flexshares Tr Morningstar Glbl Upstream Nat Res Index Fd | B | Int./Div. | M | T | Buy | 01/13/12 | J | | |
| 208. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 209. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 210. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 211. | | | | | Sold (part) | 03/12/12 | J | | |
| 212. | | | | | Sold (part) | 03/12/12 | J | | |
| 213. | | | | | Buy (add'l) | 03/20/12 | L | | |
| 214. | | | | | Buy (add'l) | 03/20/12 | K | | |
| 215. MFB Flexshares Tr Iboxx 3 Yr target Duration Tips Index Fd | A | Int./Div. | K | T | Buy | 01/13/12 | J | | |
| 216. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 217. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 218. | | | | | Buy (add'l) | 02/22/12 | J | | |
| 219. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 220. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 221. | | | | | Sold (part) | 03/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 03/12/12 | J | | |
| 223. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 224. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 225. MFB Pimco Fds Pac Invt Mgmt Ser Comm Realret Strat Fd Instl | C | Int./Div. | M | T | Buy | 01/17/12 | J | | |
| 226. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 227. | | | | | Buy (add'l) | 02/23/12 | J | | |
| 228. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 229. | | | | | Sold (part) | 03/12/12 | J | | |
| 230. | | | | | Sold (part) | 03/12/12 | J | | |
| 231. | | | | | Buy (add'l) | 03/20/12 | L | | |
| 232. | | | | | Buy (add'l) | 03/20/12 | K | | |
| 233. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 234. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 235. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 236. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 237. MFC Ishares Intermediate Credit(CIU) | D | Int./Div. | M | T | Buy | 03/20/12 | M | | |
| 238. | | | | | Buy (add'l) | 03/20/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. Vanguard Limitd Term Tax Exempt | D | Int./Div. | N | T | Buy | 01/26/12 | N | | |
| 241. | | | | | | | | | |
| 242. Northern Money Market Fund | A | Int./Div. | | | Buy | 01/25/12 | N | | |
| 243. | | | | | Sold | 01/26/12 | N | | |
| 244. | | | | | Buy | 02/01/12 | J | | |
| 245. | | | | | Sold | 02/10/12 | J | | |
| 246. | | | | | Buy | 04/04/12 | J | | |
| 247. | | | | | Sold | 04/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John E. McDermott**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544